**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 3:07-CR-51 |
| | ) (PHILLIPS/SHIRLEY) |
| | ) |
| MICHAEL BRIDDY, JR. | ) |

**NOTICE OF ENHANCEMENT**
**(21 U.S.C. § 851)**

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this notice of enhancement, and states the following:

The United States advises the defendant of its intent to seek enhanced punishment based upon the defendant's prior conviction for the felony drug offense as set forth below:

09/07/93 - Convicted of possession with intent to distribute cocaine, in the Fulton County Superior Court, Fulton County, Georgia, sentenced to 5 years probation; Case No. Z31705.

Respectfully submitted this 3rd day of July, 2007.

                                            JAMES R. DEDRICK
                                            United States Attorney

By:   /s DAVID C. JENNINGS
        DAVID C. JENNINGS
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of July, 2007, the foregoing Notice of Enhancement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Opposing counsel may access this filing through the Court's electronic filing system. Any counsel not named as being served electronically will be served by regular U.S. mail or facsimile.

                        /s David C. Jennings
                        DAVID C. JENNINGS
                        Assistant United States Attorney