# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

CASSIE McKENZIE,                          )
                                          )
              Petitioner,                 )
                                          )
v.                                        )      Nos:   3:07-cr-051
                                          )             3:08-cv-230
                                          )             (PHILLIPS/SHIRLEY)
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
              Respondent.                 )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. All other pending motions are **DENIED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed in forma pauperis on appeal.

     **ENTER:**

                                              _____s/ Thomas W. Phillips_____
                                                 United States District Judge

**ENTERED AS A JUDGMENT**
    *s/ Patricia L. McNutt*
      CLERK OF COURT