# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Respondent | ) | |
| v. | ) | No. 3:07-cr-51-7 |
| | ) | (Phillips) |
| CASSIE MCKENZIE | ) | |
| Petitioner | ) | |

## MEMORANDUM AND ORDER

Petitioner, Cassie Mckenzie, has filed a *pro se* motion [Doc. 713] requesting that the Court alter or amend her judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Firstly, Rule 59(e) requires that the Petitioner file a Rule 59(e) motion within 28 days of the Courts entry of judgment; however, Petitioner's Judgment occurred on January 28, 2008; Petitioner's Motion is therefore late. Secondly, Petitioner's arguments are indistinguishable from her previous filings [Doc. 343], [Doc.373], [Doc. 384], [Doc. 605], [Doc. 615], [Doc.631], [Doc. 373] and so on. The Petitioner has been instructed that repetitious motions will be treated as frivolous, [Doc. 711] yet the Petitioner persists undaunted. Since the Motion before the Court is repetitious and indistinguishable from the Petitioner's previous motions, and since the Petitioners Motion is more than four years late, Petitioners Motion to Alter or Amend [Doc. 713] is **DISMISSED.**

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge

1