UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AARON BROOKS,<br>　　　　　　Defendant. | No. 3:07-cr-51-05<br><br>Judge Varlan |

## MOTION TO SEAL

The United States moves to seal medical records submitted as an exhibit to its response in opposition to defendant's motion for compassionate release (Doc. 869). A copy of the records was also sent to defendant on this date.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　J. Douglas Overbey
　　　　　　　　　　　　　　　　　United States Attorney

　　　　By:　　*s/ Debra A. Breneman*
　　　　　　　　Debra A. Breneman
　　　　　　　　Assistant United States Attorney
　　　　　　　　PA Bar No. 93171
　　　　　　　　debra.breneman@usdoj.gov
　　　　　　　　800 Market Street, Suite 211
　　　　　　　　Knoxville, Tennessee  37902
　　　　　　　　(865) 545-4167

## Certificate of Service

I certify that on July 31, 2020, this motion was filed electronically and a true copy was sent to defendant by regular United States mail, postage prepaid, addressed as follows:

Aaron Brooks
No. 31778-074
USP Coleman I
P.O. Box 1033
Coleman, FL 33521

*s/ Debra A. Breneman*
Debra A. Breneman
Assistant United States Attorney