|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-CR-00051 |
| v. | ) ) | JUDGE VARLAN |
| **AARON BROOKS** | ) ) | |
| Defendant, | ) ) ) | |

## MOTION TO FILE UNDER SEAL

## SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE

Aaron Brooks, by and through counsel, moves the Court to file Defendant's Supplement to Motion for Compassionate Release under seal. In support thereof, he would show that this motion includes confidential medical information which should not be publicly released.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By    *s/Elizabeth B. Ford*
      Elizabeth B. Ford
      BOPR No. 5041
      Community Defender
      800 S. Gay St, Suite 2400
      Knoxville, Tennessee 37929
      (865) 637-7979

1

*s/Kayla Rask*
Kayla Rask
University of Tennessee,
College of Law Intern
Approved under S.O. 13-04